IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES<br>v.<br>RICARDO MELENDEZ | : CRIMINAL NO: 2:18-mj-00732-1<br>:<br>: 18-CR-304-2 -File<br>:<br>: |

### ORDER

AND NOW, to wit, this **18th** day of **July**, 2018, it is therefore hereby **ORDERED** and **DECREED** that Defendant, Ricardo Melendez's Motion for Permission to Attend Funeral is granted and that the conditions are as follows:

a) to allow the Defendant attend the funeral of Baby Boy Joseph Gonzalez Lopez, on July 19, 2018 at Compagnola Funeral Home, 4405 North 5th Street, Philadelphia PA at 9AM then to Magnolia Cemetery located at Levick and Ditman Streets, Philadelphia PA, immediately following the viewing. Immediately thereafter, Defendant shall return to his place of house arrest. Defendant shall not speak to, or have any interaction whatsoever, with his co-defendant Alexis Omar Ortiz Cabrera. Failure to abide by this condition shall result in the revocation of pre-trial release.

It if further ordered that all other conditions remain.

BY THE COURT:

_Lynne A. Sitarski_
THE HONORABLE ~~TIMOTHY R. RICE~~
UNITED STATES DISTRICT COURT