**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES | : CRIMINAL NO: **18-cr-304-2** |
| | : |
| v. | : |
| | : |
| RICARDO MELENDEZ | : |
| | : |

**WITHDRAW OF APPEARANCE**

Kindly withdraw my appearance as co-counsel for the above captioned defendant in the above captioned matter.

　　　　　　　　　　　　　　　　　　　　　　_____/s/*Donald Benedetto, Esq.*
　　　　　　　　　　　　　　　　　　　　　　DONALD BENEDETTO, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　GAMBURG & BENEDETTO, LLC
　　　　　　　　　　　　　　　　　　　　　　1500 JFK Blvd., Suite 1203
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　(215)567-1486