IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| RICARDO MELENDEZ | : | No. 18-304-2 |

**ORDER**

AND NOW, this 16th day of August, 2022, upon consideration of Ricardo Melendez's Motion to Reduce Sentence Under § 3582(c)(1)(A)(i) (Doc. No. 92) and the Government's Response in Opposition (Doc. No. 93), it is **ORDERED** that the Motion (Doc. No. 92) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE